Shanny J. Lee, Calif. Bar No. 213599
Law Offices of Harry J. Binder
and Charles E. Binder, P.C.
770 The City Drive South Suite 2000
Orange, CA 92868
Phone (714) 564-8640
Fax   (714) 940-0311
Email shannyjlee@gmail.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Debra J. Giggy,<br><br>          PLAINTIFF,<br><br>     v.<br><br>MICHAEL J. ASTRUE,<br><br>Commissioner of Social<br><br>Security,<br><br>          DEFENDANT. | No. 1:12-CV-00673-GSA<br><br>STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFF TO FILE OPENING BRIEF |

The parties hereby stipulate by counsel, subject to the approval of the court, that Plaintiff shall have a FIRST extension of time of 14 days to file Opening Brief up to and including December 12, 2012. This extension is being sought because the undersigned counsel for the Plaintiff has experienced a significant increase in workload and scheduling issues. Given this situation, Counsel respectfully requests that 14 additional days are necessary in order to complete the Opening Brief.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

DATED: November 9, 2012     BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

 /s/ Patrick Snyder*
Patrick Snyder
Special Assistant US Attorney
[*By email authorization on November 9, 2012]
Attorneys for Defendant

DATED: November 9, 2012     LAW OFFICES OF BINDER AND BINDER

 /s/ Shanny J. Lee
SHANNY J. LEE
Attorneys for Plaintiff

### Order

**Pursuant to the parties' stipulation, Plaintiff's opening brief is due December 12, 2012.  The Court's scheduling order shall be modified accordingly.**

IT IS SO ORDERED.

Dated:   **November 13, 2012**           **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE