```
Shanny J. Lee, Calif. Bar No. 213599
Law Offices of Harry J. Binder
and Charles E. Binder, P.C.
770 The City Drive South Suite 2000
Orange, CA 92868
Phone (714) 564-8640
Fax   (714) 940-0311
Email shannyjlee@gmail.com
```

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| Debra J. Giggy, | ) No. 1:12-CV-00673-GSA |
|---|---|
| PLAINTIFF, | ) |
| v. | ) STIPULATION AND ORDER EXTENDING<br>) TIME FOR PLAINTIFF TO FILE<br>) OPENING BRIEF |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| DEFENDANT. | ) |

The parties hereby stipulate by counsel, subject to the approval of the court, that Plaintiff shall have a FIRST extension of time of 14 days to file Opening Brief up to and including December 12, 2012. This extension is being sought because the undersigned counsel for the Plaintiff has experienced a significant increase in workload and scheduling issues. Given this situation, Counsel respectfully requests that 14 additional days are necessary in order to complete the Opening Brief.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

```
                                        Respectfully submitted,

DATED: November 9, 2012                 BENJAMIN B. WAGNER
                                        United States Attorney
                                        DONNA L. CALVERT
                                        Acting Regional Chief Counsel,
                                        Region IX
                                        Social Security Administration
                                         /s/ Patrick Snyder*_____
                                        Patrick Snyder
                                        Special Assistant US Attorney
                                        [*By email authorization on
                                        November 9, 2012]
                                        Attorneys for Defendant

DATED: November 9, 2012                 LAW OFFICES OF BINDER AND BINDER

                                         /s/ Shanny J. Lee_____
                                        SHANNY J. LEE
                                        Attorneys for Plaintiff
```

### Order

**Pursuant to the parties' stipulation, Plaintiff's opening brief is due December 12, 2012.  The Court's scheduling order shall be modified accordingly.**

IT IS SO ORDERED.

   Dated:   **November 13, 2012**                **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE